[No. 5642–1.   Division One.   July 31, 1978.]

RENTON EDUCATION ASSOCIATION, *Respondent*, v.
RENTON SCHOOL DISTRICT NO. 403, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 825902, Warren Chan, J., entered May 24,
1977. *Reversed* by unpublished opinion per James, J., con-
curred in by Callow and Andersen, JJ.


[No. 2828–2.   Division Two.   July 31, 1978.]

JAMES S. BRINSON, ET AL, *Respondents*, v. SOLMAR
DEVELOPMENT COMPANY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 21397, Gerald B. Chamberlin, J.,
entered March 11, 1977. *Reversed* by unpublished opinion
per Reed, J., concurred in by Pearson, C.J., and Soule, J.


[No. 2443–3.   Division Three.   August 1, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. TELESFRO
ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 5151, Lawrence Leahy, J., entered May
23, 1977. *Affirmed* by unpublished opinion per McInturff,
J., concurred in by Green and Williams, JJ.